CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

February 9, 2018

Mr. Peter Hall
Mr. Isaac Shutt
Shutt Law Firm PLLC
1701 Gateway Blvd., Suite 333
Richardson, Texas 75080

Mr. Griffin Collie
The Collie Firm, PLLC
2514 Boll St.
Dallas, Texas 75204

RE:     Court of Appeals Number:     05-17-01072-CV
        Trial Court Case Number:     PR-17-00683-2

Style: *In the Estate of Frances Faccibene, Deceased*

Dear Counsel:

The Court has reviewed the jurisdictional briefs filed at the Court's request. It appears the Court has jurisdiction over the appeal.

Appellant's brief on the merits is due **March 12, 2018**.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

LM/rz